JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-03498 GAF (PLAx) | Date | March 31, 2010 |
|---|---|---|---|
| Title | Metropolitan Life Insurance Company v. Emmert Stouffer et al | | |

| Present: The Honorable | GARY ALLEN FEESS, U.S. DISTRICT JUDGE | |
|---|---|---|
| Renee Fisher | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (In Chambers)

    The Court previously ordered on December 11, 2009, that upon distribution of the funds in this matter, the Clerk shall enter a dismissal of the entire action with prejudice, each defendant to bear his own fees and costs.

    The funds were disbursed on March 19, 2010.

    Accordingly, the Court hereby dismisses the action with prejudice.

:

Initials of Preparer    RF